**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M. OVERTON,<br><br>        Plaintiff,<br><br>    v.<br><br>CMC CLASSIFICATION<br>COMMITTEE et al.,<br><br>        Defendants. | ) Case No. CV 16-3085-R (JPR)<br>)<br>)<br>) **J U D G M E N T**<br>)<br>)<br>)<br>)<br>)<br>) |

Under the Order Dismissing Plaintiff's Complaints,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: July 5, 2016

                                      MANUEL REAL
                                      U.S. DISTRICT JUDGE